**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| ADRIENNE HARPER,<br><br>                Plaintiff,<br><br>vs.<br><br>VECTRUS, INC., CHARLES PROW, LOUIS J. GIULIANO, BRADFORD J. BOSTON, MARY L. HOWELL, WILLIAM F. MURDY, MELVIN F. PARKER, ERIC M. PILLMORE, STEPHEN L. WAECHTER, AND PHILLIP C. WIDMAN,<br><br>                Defendants. | **Case No.: 1:22-cv-01146-RMR-STV**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Adrienne Harper ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: June 29, 2022              **BRODSKY & SMITH**

                                     By:  */s/ Marc L. Ackerman*
                                              Marc L. Ackerman
                                              Two Bala Plaza, Suite 805
                                              Bala Cynwyd, PA 19004
                                              Phone: (610) 667-6200
                                              Fax:    (610) 667-9029
                                              Email: mackerman@brodskysmith.com

                                              *Attorneys for Plaintiff*